UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DORETHA TAPLIN, )
       Plaintiff, )
) No. 1:19-cv-172
-v- )
) Honorable Paul L. Maloney
COMMISSIONER OF SOCIAL SECURITY, )
       Defendant. )
)

## JUDGMENT

In accordance with the order entered on this date (ECF No. 23), and pursuant to Fed. R. Civ. P. 58, **JUDGMENT** hereby enters.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date: October 16, 2019      /s/ Paul L. Maloney
                 Paul L. Maloney
                 United States District Judge